PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RYAN BILLENSTEIN, ) | |
| ) | CASE NO. 3:15CV01097 |
| Petitioner, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| WARDEN, WARREN CORRECTIONAL ) | |
| INSTITUTION, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Respondent. ) | **ORDER** |

*Pro se* Petitioner Ryan Billenstein filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, *see* ECF No. 1. Petitioner asserts two grounds for relief, challenging the constitutional sufficiency of his conviction for: aggravated vehicular homicide, aggravated vehicular assault, and operating a vehicle while under the influence of alcohol and/or drugs of abuse. The trial court accepted Petitioner's plea of no contest to these counts. On May 1, 2013, the trial court sentenced Petitioner to a total of thirteen years in prison.

On July 28, 2015, the case was referred to Magistrate Judge Nancy Vecchiarelli for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(2). On September 24, 2015, Respondent filed a return of writ (ECF No. 9). Petitioner did not respond. On July 8, 2016, the Magistrate Judge submitted a report (ECF No. 10) recommending that the Court dismiss the Petition.

(3:15CV01097)

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within fourteen (14) days after service.[1] Petitioner has not filed any objections to the magistrate judge's report and recommendation. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation (ECF No. 10). Petitioner Ryan Billenstein's Petition for a Writ of Habeas Corpus is dismissed.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

| | |
|---|---|
| August 31, 2016 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |

---

[1] Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served the Magistrate Judge's Report by mail. *See Thompson v. Chandler*, 36 F. App'x. 783, 784 (6th Cir. 2002).